UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSEFINA GUERRERO,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | NO. CV-11-3100-JPH<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

　　　Magistrate Judge Hutton entered a Report and Recommendation on December 20, 2012, recommending Plaintiff's Motion for Summary Judgment be granted and Defendant's Motion for Summary Judgment be denied. (ECF No. 26.) No objection was filed. Therefore, the court **ADOPTS** the Report and Recommendation. Accordingly,

　　　**IT IS ORDERED:**

　　　1.　　Plaintiff's Motion for Summary Judgment **(Ct. Rec. 21)** is **GRANTED**. The matter is remanded to the Commissioner for additional proceedings pursuant to sentence four 42 U.S.C. 405(g).

　　　2.　　Defendant's Motion for Summary Judgment **(Ct. Rec. 23)** is **DENIED.**

　　　3.　　An application for attorney fees may be filed by separate motion.

　　　The District Court Executive is directed to file this Order and provide a copy to counsel for Plaintiff and Defendant. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

　　　DATED this 7th day of January, 2013.

　　　　　　　　　　　　　　　　　　*s/Lonny R. Suko*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　LONNY R. SUKO
　　　　　　　　　　　　　　　　　　United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1