UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JOSEFINA GUERRERO,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No. 11-CV-3100-JPH

**ORDER GRANTING MOTION FOR ATTORNEY FEES**

**BEFORE THE COURT** for resolution is the Report and Recommendation entered on May 8, 2013 (ECF No. 35), recommending Plaintiff's motion for attorney fees pursuant to the EAJA (ECF No. 29) be granted. Defendant does not object to the amount requested. (ECF No. 33).

Having reviewed the report and recommendation, the Court **ADOPTS** the magistrate judge's recommendation (ECF No. 35) in its entirety. Plaintiff's motion for attorney fees pursuant to the EAJA (ECF No. 29) is **GRANTED**. The Commissioner shall pay the Plaintiff the sum of $6,442.99 in attorney fees. This award shall be delivered or otherwise transmitted to Plaintiff's attorney of record. EAJA fees, expenses, and costs are subject to any offsets allowed under the Treasury Offset Program (TOP), as discussed in *Astrue*

*//*

*//*

*//*

*//*

**ORDER GRANTING
MOTION FOR ATTORNEY FEES -**     **1**

*v. Ratliff*, 532 U.S. 1192 (2010).

**IT IS SO ORDERED**. The District Court Executive is directed to enter this Order, forward copies to the parties and Magistrate Judge Hutton, and close the file.

DATED this 3rd day of June, 2013.

*s/Lonny R. Suko*
------------------------
LONNY R. SUKO
United States District Judge